UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:19-cv-05048-SHK | Date: | April 20, 2022 |
|---|---|---|---|
| Title: | *J.F. v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec'y* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: MOTION FOR ATTORNEY FEES**

     The Court received and reviewed Plaintiff's Motion for Attorney Fees ("Motion"), filed April 4, 2022.  Electronic Case Filing Number ("ECF No.") 26, Motion.  Plaintiff, however, failed to lodge a proposed order with Plaintiff's Motion in violation of the Local Rules of Civil Procedure for the United States District Court for the Central District of California ("Local Rules" or "L.R.").  See L.R. 7-20 ("A separate proposed order shall be lodged with any motion or application requiring an order of the Court, pursuant to L.R. 52-4.1"); see also L.R. 52-4.1 ("A separate proposed order shall be submitted with any stipulation, application, motion, or request of the parties requiring an order of the court[]" and "[u]nless the filer is exempted from electronic filing pursuant to L.R. 5-4.2(a), the proposed order shall be submitted as provided in L.R. 5-4.4"); L.R. 5-4.4-1 ("When a proposed order or other proposed document accompanies an electronic filing, the proposed order or other proposed document shall be in PDF format and included, as an attachment, with the main electronically filed document (e.g., stipulations, applications, motions).").

     Consequently, Plaintiff is ordered to show cause by **May 4, 2022**, why Plaintiff's Motion should not be denied for failure to comply with the Local Rules.  Plaintiff can satisfy this order by filing a proposed order by the above stated date.

     **IT IS SO ORDERED.**